UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIO HERNANDEZ, CANDIDO MARCO,
ELISEO PUENTE ROMERO, JOSE LUIS
RODRIGUEZ, LEONIDES ROSALES, and
RENE TORRES GONZALEZ,

                    Plaintiffs,

-v-

JRPAC INC. (d/b/a SPICE SYMPHONY), JUDE
RODRIGUES, CHAD LEO, and PREMENDRA
CHAOUHAN,

                    Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/16

14 **CIVIL** 4176 (PAE)

**JUDGMENT**

On June 9, 2016, the Court issued its findings of fact and conclusions of law following a three-day non-jury trial. On June 30, 2016, the parties jointly filed a statement of damages in accordance with the specifications set out in the Opinion, and on July 13, 2016, the parties jointly filed a revised statement of damages, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on July 15, 2016 having rendered its Order and calculated the parties' revised statement of damages, the Court hereby awards the following damages: (1) Mario Hernandez–$34,463.06, plus $0.38 per day from June 30, 2016; (2) Candido Marco–$28,769.46, plus $0.14 per day from June 30, 2016; (3) Eliseo Puente Romero–$56,703.98, plus $0.49 per day from June 30, 2016; (4) Jose Luis Rodriguez–$46,540.21, plus $0.52 per day from June 30, 2016; (5) Leonides Rosales–$102,299.04, plus $0.85 per day from June 30, 2016; and (6) Rene Torres Gonzalez–$23,301.38; and directing the Clerk of Court to enter judgment and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated June 15, 2016, and calculated the parties' revised statement of damages, the Court hereby awards the following damages: (1) Mario Hernandez–$34,463.06, plus $7.22, for a total of $34,470.28; (2) Candido Marco–$28,769.46, plus $2.66, for a total of $28,772.12; (3) Eliseo Puente Romero–$56,703.98, plus $9.31, for a total of $56,713.29; (4) Jose Luis Rodriguez–$46,540.21, plus $9.88, for a total of $46,550.09; (5) Leonides Rosales–$102,299.04, plus $16.15, for a total of $102,315.19; and (6) Rene Torres Gonzalez–$23,301.38; accordingly, the case is closed.

**Dated:** New York, New York
July 18, 2016

**RUBY J. KRAJICK**
**Clerk of Court**

BY: *KMango*
**Deputy Clerk**